**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

May 2, 2013

Mr. Abram John Pafford
PAFFORD, LAWRENCE & CHILDRESS, PLLC
1100 Commerce Street
Lynchburg, VA 24504

No. 12-4748,    US v. Paul Vaughn, Jr.
                1:08-cr-00024-JPJ-12

Dear  Counsel:

    In your response to the government's motion to dismiss appeal, you indicated
the filing of a voluntary motion to dismiss appeal by the defendant, on or before,
April 24, 2013.  No such motion has been filed.  Please immediately inform the
Court as to whether or not a motion will be filed by defendant pursuant to FRAP
42(b).

                        Sincerely,

                        /s/ Joy Hargett Moore
                        Deputy Clerk